**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:02CR00517-01** |
| | ) | |
| **Rosario Benjamin CASAREZ** | ) | |
| | ) | |

## LEGAL HISTORY:

On June 27, 2003, the above-named was sentenced to 60 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of  3 years, which commenced on March 23, 2007.   Special conditions included: Warrantless search; Financial disclosure; Drug/alcohol treatment program/testing; Co-payment for treatment/testing; Not possess cell phone/pager without permission of probation officer; Provide billing records for cell/pager.

## SUMMARY OF COMPLIANCE:

Mr. Casarez has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Casarez has derived maximum benefit from supervision and is not in need of continued supervision.

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

**RE:** **Rosario Benjamin CASAREZ**
**Docket Number: 2:02CR00517-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.


Respectfully submitted,


/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**


Dated:        February 11, 2009
              Elk Grove, California
              WER/cj


**REVIEWED BY:**        /s/ Deborah A. Spencer
                       **DEBORAH A. SPENCER**
                       **Supervising United States Probation Officer**


cc:     AUSA, To be assigned  (Pursuant to Rule 32, notice of proposed relief to the  is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

# ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:02CR00517-01** |
| | ) | |
| **Rosario Benjamin CASAREZ** | ) | |
| | ) | |

On March 23, 2007, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,


/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**


Dated:        February 11, 2009
              Elk Grove, California
              WER/cj


**REVIEWED BY:**        /s/ Deborah A. Spencer
              **DEBORAH A. SPENCER**
              **Supervising United States Probation Officer**

**RE:** **Rosario Benjamin CASAREZ**
   **Docket Number:  2:02CR00517-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

===============================================================

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.


Dated:  March 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge


WER/cj

Attachment:  Recommendation

cc:  United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG